■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EFRAIN MENDEZ, Appellant. [869 NYS2d 844]

No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Gonzalez, Buckley and Sweeny, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES TORAIN, Appellant. [869 NYS2d 844]

No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Gonzalez, Buckley and Sweeny, JJ.

■ BETSY COMBIER, Appellant, v CITY OF NEW YORK et al., Respondents. [867 NYS2d 680]

Even were the complaint construed to be a CPLR article 78 petition alleging refusal to furnish requested Parents Association financial records in violation of New York City Department of Education, Chancellor's Regulation A-660, it would have to be dismissed for failure to exhaust the grievance procedures set forth in the pertinent regulation (see Villalba v New York City Dept. of Educ., 50 AD3d 279 [2008]). Concur—Mazzarelli, J.P., Friedman, Gonzalez and Sweeny, JJ.